44860.   WASHINGTON, by Next Friend v. THOMSON NEWSPAPERS, INC. et al.

Pannell, Judge.   The enumeration of errors was not filed within twenty (20) days (formerly ten (10) days) after the filing of the record in this court, and no extension of time or providential cause being shown preventing timely filing, the

appeal is subject to dismissal for this reason. *Gresham v. State,* 120 Ga. App. 465 (170 SE2d 767).

*Appeal dismissed. Hall, P. J., and Quillian, J., concur.*

ARGUED NOVEMBER 5, 1969—DECIDED NOVEMBER 14, 1969.

*Bennett & Moon, Jim T. Bennett, Jr., Reinhardt, Ireland, Whitley & Sims, Glenn Whitley,* for appellant.

*Robert L. Cork, Young, Young & Ellerbee, Cam U. Young,* for appellees.

HALL, Presiding Judge, concurring. I concur in invitum for the reasons set forth in my concurrence in *Dowling v. State,* 120 Ga. App., post.